974

No. 71–909. Environmental Protection Agency ET AL. *v.* Mink ET AL. C. A. D. C. Cir. Certiorari granted.

No. 71–702. Tocco *v.* United States;
No. 71–5916. Richmond *v.* United States;
No. 71–5924. Smith *v.* United States; and
No. 71–5925. Long *v.* United States. C. A. 8th Cir. Certiorari denied. Reported below: 449 F. 2d 288.

No. 71–783. Martella *v.* Marine Cooks & Stewards Union ET AL. C. A. 9th Cir. Certiorari denied.

No. 71–787. Monsanto Co. *v.* Dawson Chemical Co. ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–818. Pace Co., Division of Ambac Industries, Inc. *v.* Froehlke, Secretary of the Army, ET AL. C. A. 6th Cir. Certiorari denied.

No. 71–821. Delta Development Co., Inc., ET AL. *v.* United States ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–826. 967.905 Acres of Land in Cook County ET AL., Minnesota, ET AL. *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 71–842. Baker *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 71–846. Siragusa *v.* United States. C. A. 2d Cir. Certiorari denied.